478 A.2d 124

Commonwealth v. Wogan, Appellant.

Submitted February 24, 1984. Albert H. Masland, for appellant; John M. Eakin, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and CERCONE, JJ.

Order affirmed.

478 A.2d 125

Com. ex rel. Clifford v. Ricchuitti, Appellant.

Petition for Allowance of Appeal
Denied Nov. 8, 1984.

Argued April 21, 1983. Blaine J. DeSantis, for appellant; Michael A. McGinley, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.